# APPENDIX.

## MEMORANDUM DECISIONS.

W. F. LAKE V. FRANK M. STAHL.

No. 15,674. (99 Pac. 275.)

GEORGE KNAUER V. FRANK M. STAHL.

No. 15,675.

FRANK KEITH V. FRANK M. STAHL.

No. 15,676.

E. S. LEE V. FRANK M. STAHL.

No. 15,677.

E. L. EVANS V. FRANK M. STAHL.

No. 15,695.

E. L. EVANS V. FRANK M. STAHL.

No. 15,696.

E. L. EVANS V. FRANK M. STAHL.

No. 15,697.

Error from Shawnee district court; ALSTON W. DANA, judge. Opinion filed December 12, 1908. Affirmed.

*Otis E. Hungate,* and *C. A. Magaw,* for plaintiffs in error.

*W. H. Cowles,* for defendant in error.

*Per Curiam:* These cases involve the same questions as *Hines v. Stahl, ante,* p. 88, and are affirmed for the same reasons.